UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-2600-GW-JPRx | Date | September 10, 2025 |
|---|---|---|---|
| Title | *Leemanuel Weilch v. JES Auto Electric & Parts, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On September 9, 2025, Plaintiff Leemanuel Weilch filed a Notice of Settlement [23]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for October 16, 2025 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on October 14, 2025.

| | : | |
|---|---|---|
| | Initials of Preparer | JG |